# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1178
LT Case No. 2023-CF-4319

_____

JEFFREY BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Gail A. Adams, Judge.

Matthew J. Metz, Public Defender, and Ryan M. Belanger,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Julian E. Markham,
Assistant Attorney General, Tallahassee, for Appellee.

June 14, 2024

PER CURIAM.

In this *Anders** appeal, we affirm Appellant's judgment and
sentences. However, we reverse and remand the imposition of the
$100 cost for the FDLE Operating Trust Fund pursuant to section

---

* *Anders v. California*, 386 U.S. 738 (1967).

938.055, Florida Statutes (2023), as the trial court did not orally pronounce this cost at sentencing. *See Jackson v. State*, 313 So. 3d 221, 221 (Fla. 5th DCA 2021); *Rolfe v. State*, 291 So. 3d 1283, 1283 (Fla. 5th DCA 2020); *Montanez v. State*, 275 So. 3d 1265, 1265–66 (Fla. 5th DCA 2019). If applicable and procedurally justified, on remand, the trial court may reimpose the cost and convert the reimposed cost to a civil final judgment.

AFFIRMED in part; REVERSED in part; and REMANDED.

LAMBERT, BOATWRIGHT, and PRATT, JJ., concur.

––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––